April 17, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

MAX PROTETCH, INC., Appellant

NO. 14-13-00125-CV                    V.

JOHN A. HERRIN, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, John A. Herrin, signed November 19, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Max Protetch, Inc. to pay all costs incurred in this appeal.

We further order this decision certified below for observance.